# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.

HARRY EDWARD JONES, III

**WARRANT FOR ARREST**

CASE NUMBER: 2:06mj 79-SRW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Harry Edward Jones, III_____
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy of knowingly and intentionally possessing with intent to distribute cocaine, a Schedule II Controlled Substance,

in violation of Title _____21_____ United States Code, Section _____846_____

SUSAN RUSS WALKER
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

AUGUST 9, 2006   MONTGOMERY, ALABAMA
Date and Location

(By) Deputy Clerk

Bail fixed at $_____ by_____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |