**COURTROOM DEPUTY'S MINUTES**                                **MIDDLE DISTRICT OF ALABAMA**

---

- ❏ INITIAL APPEARANCE                     **DATE: August 15, 2006**
- ❏ BOND HEARING
- √ DETENTION HEARING                      Digital Recording    3:05 - 3:48
- √ PRELIMINARY (EXAMINATION)(HEARING)
- ❏ REMOVAL HEARING (R.40)
- ❏ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker      **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06mj79-SRW          **DEFENDANT NAME:** Harry Edward Jones, III

**AUSA:** Terry Moorer                **DEFT. ATTY:** Russell Duraski

Type Counsel: ( )Retained; (√) CJA; ( ) Waived; ( ) FPD

**USPO/USPTS:** Tamara Martin/Sandra Wood

Interpreter needed: ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| ❏ | **Date of Arrest** or ❏ **Arrest Rule 40** |
| ❏ | **Deft First Appearance.** Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| ❏ | **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel. |
| ❏ | **ORAL ORDER** appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | **Panel Attorney Appointed;** ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | **Detention Hearing/Preliminary Examination held** |
| ❏ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❏ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| ❏ | Release order entered.  Deft advised of conditions of release |
| ❏ | ❏ **BOND EXECUTED (M/D AL charges)** $. Deft released |
| | ❏ **BOND EXECUTED (R. 40)** - deft to report to originating district as ordered |
| ❏ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. **ORDERED REMOVED** to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds **PROBABLE CAUSE**.  Defendant bound over to the Grand Jury |
| ❏ | **ARRAIGNMENT** ❏HELD. Plea of **NOT GUILTY** entered. ❏Set for DISCOVERY DISCLOSURE DATE: |
| ❏ | **WAIVER** of Speedy Trial.          **CRIMINAL TERM:** |
| ❏ | **NOTICE** to retained Criminal Defense Attorney handed to counsel |

| | |
|---|---|
| 3:05 p.m. | Court convenes. |
| | Court gives counsel time to review report furnished by Pretrial Service Officer. |
| 3:09 p.m. | Testimony begins. |
| | Government's direct examination. (Herman) |
| 3:28 p.m. | Mr. Duraski's cross examination. (Herman) |
| 3:44 p.m. | Government rests. |
| | Mr. Duraski rests. |
| | Mr. Duraski's oral arguments. |
| 3:45 p.m. | Government's oral arguments. |
| 3:47 p.m. | Court finds probable cause and will bind defendant over for further proceedings. |
| | Court will detain defendant. Defendant remanded to custody of U. S. Marshal. |
| 3:48 p.m. | Court recessed. |

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA          *
                                  *
VS.                               *          2:06mj79-SRW
                                  *
HARRY EDWARD JONES, III           *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|

1. Joe Herman